Exhibit 1

# United States Patent Office

**689,055**
Registered Dec. 1, 1959

## PRINCIPAL REGISTER
## Trademark

Ser. No. 55,200, filed July 2, 1958

# BARBIE

Mattel, Incorporated (California corporation)
5432 W. 102nd St.
Los Angeles 45, Calif.

For: DOLL, in CLASS 22.
First use May 9, 1958; in commerce May 9, 1958.

# United States Patent Office

**741,208**
Registered Nov. 27, 1962

## PRINCIPAL REGISTER
### Trademark

Ser. No. 106,619, filed Oct. 18, 1960

## BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: ACCESSORIES FOR DOLL CLOTHES, in CLASS 22.
First use Sept. 2, 1960; in commerce Sept. 2, 1960.
Owner of Reg. No. 689,055.

# United States Patent Office

768,331
Registered Apr. 21, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 152,228, filed Aug. 30, 1962

## BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: DOLL CASE, RECORD TOTE CASE, TRUNK, AND WALLET, in CLASS 3.

First use Oct. 16, 1960; in commerce Oct. 16, 1960.

# United States Patent Office

**768,397**
Registered Apr. 21, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 166,825, filed Apr. 16, 1963

## BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: DOLL CLOTHES AND DOLL ACCESSORIES, in CLASS 22.
First use on or about Apr. 17, 1959; in commerce on or about Apr. 17, 1959.
Owner of Reg. Nos. 689,055, 728,811, and 741,208.

# United States Patent Office

772,298
Registered June 30, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 179,913, filed Oct. 28, 1963

## BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: TIME P I E C E S, SPECIFICALLY WRIST WATCHES, in CLASS 27.
First use Apr. 3, 1963; in commerce Apr. 17, 1963.

# United States Patent Office

**814,995**
Registered Sept. 13, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 209,525, filed Jan. 7, 1965

## BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: SERIES OF BOOKS—NAMELY, AUTOGRAPH BOOKS, DIARIES, NOTEBOOKS, AND SCRAP-BOOKS—in CLASS 37.

For: SERIES OF BOOKS AND PRINTED ARTI-CLES — NAMELY, DICTIONARIES, STORYBOOKS, COLORING BOOKS, ACTIVITY BOOKS, PAINTING BOOKS, NOVELTY AND TOY BOOKS, PRINTED CUT-OUTS, PRINTED PUNCH-OUTS AND PRINTED PUZZLES—in CLASS 38.

First use January 1962; in commerce January 1962.

K. I. HANCOCK, *Examiner.*

# United States Patent Office

810,106

Registered June 21, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 210,579, filed Jan. 25, 1965

# BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: TOY FURNITURE SPECIFICALLY BED, WARDROBE, CHIFFOROBE, VANITY, AND CHEST, in CLASS 22.

First use on or about Apr. 1, 1961; in commerce on or about Apr. 1, 1961.

P. H. MOORE, *Examiner*.

# United States Patent Office

813,733
Registered Aug. 30, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 210,889, filed Jan. 28, 1965

# BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: INSULATING CONTAINERS, SPECIFICAL-
LY, VACUUM BOTTLES FOR PRESERVING FOOD
AND DRINKS, in CLASS 2.
First use February 1962; in commerce February 1962.

C. A. MARLOW, *Examiner.*

# United States Patent Office

**817,200**
Registered Oct. 25, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 211,370, filed Feb. 4, 1965

## BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: PLASTIC WARE AND TEA SETS, SPECIFI-
CALLY PLATES, SAUCERS, CUPS, POTS, PITCHERS,
AND EATING UTENSILS FOR USE BY CHILDREN
IN THE CONSUMPTION OF FOOD AND DRINK, in
CLASS 2.

First use 1961; in commerce 1961.

C. A. MARLOW, *Examiner.*

# United States Patent Office

**816,601**
Registered Oct. 11, 1966

## PRINCIPAL REGISTER
## Trademark

Ser. No. 211,371, filed Feb. 4, 1965

# BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.   90252

For: HAND MIRRORS, in CLASS 32.
First use June 1, 1962; in commerce June 1, 1962.

C. A. MARLOW, *Examiner*.

# United States Patent Office

814,091
Registered Aug. 30, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 211,372, filed Feb. 4, 1965

# BARBIE

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: VANITY SETS AND DRESSER SETS, COM-PRISING MIRRORS, BRUSHES, COMBS, COM-PACTS, AND LIPSTICK CASES, FOR USE BY CHIL-DREN, in CLASS 40.

First use June 1, 1962; in commerce June 1, 1962.

C. A. MARLOW, *Examiner*.

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent Office

Reg. No. 1,000,125

Registered Dec. 24, 1974

## TRADEMARK
### Principal Register

## BARBIE

Mattel, Inc. (Delaware corporation)
5150 Rosecrans Ave.
Los Angeles, Calif. 90250

For: HALLOWEEN COSTUMES AND MASKS, in CLASS 25 (U.S. CL. 39).

First use Mar. 8, 1972; in commerce Mar. 8, 1972.

Owner of Reg. Nos. 689,055, 814,091, and others.

Ser. No. 19,358, filed Apr. 22, 1974.

P. P. GRALNICK, Supervisory Examiner

Int. Cl.: 3

Prior U.S. Cl.: 51

Reg. No. 1,041,587

## United States Patent Office

Registered June 22, 1976

## TRADEMARK
### Principal Register

## BARBIE

Mattel, Inc. (Delaware corporation)
5150 Rosecrans Ave.
Hawthorne, Calif. 90250

For: TOILET SOAP, BUBBLE BATH, B A T H
BEADS, MOISTURIZING L O T I O N, COLOGNE
AND HAIR SHAMPOO, in CLASS 3 (U.S. CL. 51).

First use Jan. 31, 1975; in commerce Jan. 31, 1975.

Owner of Reg. Nos. 814,091, 816,601, and others.

Ser. No. 52,196, filed May 12, 1975.

L. J. LOTT, J. C. DEMOS, Examiners

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,300,766
Registered Oct. 16, 1984

**TRADEMARK**
**Principal Register**

## BARBIE

Mattel, Inc. (Delaware corporation)
5150 Rosecrans Ave.
Hawthorne, Calif. 90250

For: TOY VEHICLES, in CLASS 28 (U.S. Cl. 22).

First use Aug. 18, 1983; in commerce Aug. 18, 1983.

Owner of U.S. Reg. Nos. 689,055, 741,208 and others.

Ser. No. 455,560, filed Dec. 5, 1983.

W. A. CONN, Examining Attorney

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,746,477

## United States Patent and Trademark Office
Registered Jan. 12, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
5150 ROSECRANS AVENUE
HAWTHORNE, CA 90250

FOR: PLAYSET; NAMELY, DOLL FURNI-
TURE, DOLL FURNITURE ACCESSORIES,
AND FOOD MAKING ACCESSORIES, IN
CLASS 28 (U.S. CL. 22).

FIRST USE 6–25–1990; IN COMMERCE
6–25–1990.
OWNER OF U.S. REG. NOS. 689,055, 768,397,
AND OTHERS.

SN 74–071,486, FILED 6–21–1990.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,693,139

Registered June 9, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
5150 ROSECRANS AVENUE
HAWTHORNE, CA 90250

FOR: JACKETS, SWEATSHIRTS, T-SHIRTS, JEANS, SKIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1990; IN COMMERCE 4-1-1990.

OWNER OF U.S. REG. NO. 1,000,125.

SN 74-080,723, FILED 7-23-1990.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,754,535
Registered Feb. 23, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: DRESSES, SHORTS, T-SHIRTS, BLOUSES, SKIRTS, PANTS, LEGGINGS, LEGGINGS WITH SKIRTS ATTACHED, IN CLASS 25 (U.S. CL. 39).

FIRST USE 10-1-1990; IN COMMERCE 10-1-1990.

OWNER OF U.S. REG. NO. 1,000,125.

SN 74-081,199, FILED 7-23-1990.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 2 and 3

Reg. No. 1,795,876

## United States Patent and Trademark Office

Registered Sep. 28, 1993

### TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

    FOR: PURSES AND COSMETIC CASES, IN
CLASS 18 (U.S. CLS. 2 AND 3).
    FIRST USE 4-1-1991; IN COMMERCE
4-1-1991.

OWNER OF U.S. REG. NOS. 689,055, 772,298,
AND OTHERS.

    SN 74-150,902, FILED 3-25-1991.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY

Int. Cls.: 3 and 21

Prior U.S. Cls.: 4, 40, 44, and 51

**United States Patent and Trademark Office**

Reg. No. 1,775,637

Registered June 8, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: COSMETICS FOR USE BY LITTLE GIRLS; NAMELY, EYESHADOW, LIPSTICK, LIP GLOSS, PERFUME, COLOGNE, NAIL POLISH, BLUSH, EMERY BOARDS, AND COSMETIC SPONGES, IN CLASS 3 (U.S. CLS. 4, 44 AND 51).

FIRST USE 1-9-1992; IN COMMERCE 1-9-1992.

FOR: POWDER PUFFS, AND ACCESSORIES THEREFOR, IN CLASS 21 (U.S. CL. 40).

FIRST USE 1-9-1992; IN COMMERCE 1-9-1992.

OWNER OF U.S. REG. NOS. 689,055, 1,300,766, AND OTHERS.

SN 74-151,028, FILED 3-25-1991.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 5

Prior U.S. Cls.: 18 and 44

Reg. No. 1,795,564

## United States Patent and Trademark Office

Registered Sep. 28, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: BANDAGES FOR SKIN WOUNDS, IN CLASS 5 (U.S. CLS. 18 AND 44).

FIRST USE 1–1–1992; IN COMMERCE 1–1–1992.

OWNER OF U.S. REG. NOS. 689,055, 772,298, AND OTHERS.

SN 74–151,036, FILED 3–25–1991.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 37, 38, and 51

**United States Patent and Trademark Office**

Reg. No. 1,769,285
Registered May 4, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: FACIAL TISSUES AND STICKERS FOR FINGERNAILS, IN CLASS 16 (U.S. CLS. 37, 38 AND 51).

FIRST USE 1-9-1992; IN COMMERCE 1-9-1992.

OWNER OF U.S. REG. NOS. 689,055, 772,298, AND OTHERS.

SN 74-151,233, FILED 3-25-1991.

DAVID C. REIHNER, EXAMINING ATTOR-NEY

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 1,773,571

## United States Patent and Trademark Office    Registered May 25, 1993

### TRADEMARK
### PRINCIPAL REGISTER

### BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: JEWELRY; NAMELY, EARRINGS, BRACELETS, NECKLACES, CHARMS, IN CLASS 14 (U.S. CL. 28).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

OWNER OF U.S. REG. NOS. 689,055, 772,298, AND OTHERS.

SN 74-151,237, FILED 3-25-1991.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

Reg. No. 1,946,918

**United States Patent and Trademark Office**     Registered Jan. 9, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 2–1–1995; IN COMMERCE 2–1–1995.

OWNER OF U.S. REG. NOS. 689,055, 1,897,052 AND OTHERS.

SER. NO. 74–634,653, FILED 2–15–1995.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: 9, 28 and 41

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,495,195
Registered Oct. 9, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: PRERECORDED COMPUTER STORYTELL-ING SOFTWARE; PRERECORDED AUDIO AND VIDEO MUSICAL, STORYTELLING AND/OR GAME RECORDINGS IN CASSETTE FORM; SCREENSAVER PROGRAMS; SOFTWARE FEA-TURING DIRECTORIES OF TOYS, ALL FOR IN-FORMATIONAL, EDUCATIONAL AND ENTERTAINMENT USES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1961; IN COMMERCE 0-0-1961.

FOR: COIN-OPERATED ARCADE GAMES, PRE-RECORDED COMPUTER GAME CARTRIDGES, CASSETTES, CARDS, DISCS AND PROGRAMS FOR INFORMATIONAL, EDUCATIONAL AND EN-TERTAINMENT USES; ELECTRONIC HAND-HELD GAMES; COMPUTER GAME JOYSTICKS, ADAP-TERS, CONNECTORS AND CONTROLLERS FOR USE WITH PRERECORDED COMPUTER SOFT-

WARE, AUDIO AND VIDEO CASSETTES, CD-ROM, GAME CARTRIDGES, GAME CASSETTES, GAME CARDS AND GAME DISCS, ALL FOR INFORMATIONAL, EDUCATIONAL AND ENTER-TAINMENT USES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

FOR: PROVIDING EDUCATIONAL AND ENTER-TAINMENT SERVICES VIA A GLOBAL COMPUTER NETWORK WEB SITE FEATURING STORIES, GAMES, AND DIRECTORIES FOR TOYS AND GAMES, INTENDED FOR ADULTS AND CHIL-DREN, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

OWNER OF U.S. REG. NO. 768,397 AND OTHERS.

SER. NO. 74-647,551, FILED 3-16-1995.

MARY CRAWFORD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,040,801**

## United States Patent and Trademark Office

Registered Feb. 25, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1990; IN COMMERCE 4-0-1990.

OWNER OF U.S. REG. NOS. 1,000,125, 1,754,535 AND OTHERS.

SER. NO. 75-121,488, FILED 6-11-1996.

DEBORAH LOBO, EXAMINING ATTORNEY

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,151,953**

## United States Patent and Trademark Office

Registered Apr. 21, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: ON-LINE RETAIL STORE SERVICES FEATURING TOYS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10–21–1996; IN COMMERCE 10–21–1996.

FOR: PROVIDING INFORMATION OVER A GLOBAL COMOPUTER NETWORK FEATUR-ING GAMES, STORIES, DIRECTORIES FOR TOYS AND GAMES, TOY COLLECTIBLES, AND CHAT SESSIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10–21–1996; IN COMMERCE 10–21–1996.

OWNER OF U.S. REG. NOS. 689,055, 741,208 AND OTHERS.

SER. NO. 75–196,990, FILED 11–12–1996.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cls.: 9, 11, and 27

Prior U.S. Cls.: 13, 19, 20, 21, 23, 26, 31, 34, 36, 37, 38, 42, and 50

**United States Patent and Trademark Office**

Reg. No. 2,469,935
Registered July 17, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

    FOR: ELECTRIC SWITCH PLATES, COMPUTER MOUSE PADS, RADIOS, SUNGLASSES; ELECTRIC NIGHT LIGHTS, BICYCLE LIGHTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

    FIRST USE 5-0-1994; IN COMMERCE 5-0-1994.

    FOR: ELECTRIC NIGHT LIGHTS, BICYCLE LIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

    FIRST USE 4-0-2000; IN COMMERCE 4-0-2000.

    FOR: PLASTIC WALL COVERINGS, VINYL WALL COVERINGS, PLASTIC BATH MATS AND WALL PAPER, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

    FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

    OWNER OF U.S. REG. NOS. 689,055, 741,208, AND OTHERS.

    SN 75-279,686, FILED 4-23-1997.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cls.: 3, 6, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, and 30

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 12, 13, 14, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 46, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,678,386
Registered Jan. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: TOILET SOAPS, BUBBLE BATHS, BATH BEADS, MOISTURIZING LOTIONS, COLOGNES, HAIR SHAMPOOS; COSMETICS FOR USE BY LITTLE GIRLS, NAMELY, EYE SHADOWS, LIPSTICKS, LIP GLOSSES, PERFUMES, COLOGNES, NAIL POLISHES, BLUSHES, EMERY BOARDS; BATH GELS, BABY POWDER, BODY LOTIONS, HAIR CONDITIONERS, SKIN CREAMS, EYE MAKEUP, EYE PENCILS, HAND CREAMS, MAKEUP, SKIN SOAPS, LIQUID SOAPS FOR HANDS, FACE AND BODY, SUN BLOCKS, EAU DE TOILETTE, TOOTHPASTES, COMPACTS CONTAINING MAKEUP, SCENTED BODY SPRAYS, SUN SCREENS, BODY GLITTERS, HAIR GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

FOR: METAL KEY RINGS, METAL DECORATIVE BOXES, METAL PIGGY BANKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

FOR: SHOVELS, TABLEWARE NAMELY, KNIVES, FORKS AND SPOONS, SCISSORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 3-0-1995; IN COMMERCE 3-0-1995.

FOR: CALCULATORS, DISPOSABLE CAMERAS, EYEGLASS CASES, RADIOS INCORPORATING CLOCKS, DECORATIVE MAGNETS, TELEPHONES, ELECTRIC OUTLET COVERS, HEADPHONES, BICYCLE HELMETS, ELECTRIC SWITCH PLATES, RADIOS, SUNGLASSES, KALEIDOSCOPES; MUSICAL, AUDIO AND VIDEO SOUND RECORDINGS FEATURING GAMES AND STORYTELLING; AUDIO AND VIDEO CASSETTES, CD-ROMS TAPES AND DISCS ALL FEATURING MUSIC, GAMES AND STORYTELLING; COMPUTER MOUSE, COMPUTER MOUSE PADS, SCREENSAVER PROGRAMS, COMPUTER GAME JOYSTICKS, VIDEO GAME CARTRIDGES, INTERACTIVE VIDEO GAME PROGRAMS, INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS, COMPUTER GAME CARTRIDGES; PRERECORDED COMPUTER STORYTELLING SOFTWARE, COMPUTER SOFTWARE, COMPUTER PROGRAMS AND CD-ROMS ALL FEATURING ACTIVITIES, EDUCATIONAL INFORMATION, STORIES, GAMES, AND THE LIKE FOR CHILDREN AND YOUNG ADULTS, AND FOR CREATING GRAPHIC DESIGNS FOR CREATING PRINTED MATERIALS SUCH AS GREETINGS CARDS, BANNERS, CALENDARS, AND THE LIKE, AND FOR DESIGNING FASHION CLOTHING FOR DOLLS FOR USE BY NON-PROFESSIONALS, CD-ROMS FEATURING DIRECTORIES OF DOLLS AND TOY RELATED COLLECTIBLES FOR COLLECTORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

FOR: ELECTRIC LIGHTING FIXTURES, HAND-HELD ELECTRIC HAIR DRYERS, ELECTRIC NIGHT LIGHTS, BICYCLE LIGHTS, CEILING FANS, LAMP SHADES, LAMPS, FLASHLIGHTS, BICYCLE REFLECTORS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 12-0-1998; IN COMMERCE 12-0-1998.

FOR: BICYCLES, BICYCLE BELLS, TRICYCLES, WHEEL CHAIRS, AUTOMOBILE WINDSHIELD SUNSHADES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

FOR: CLOCKS, ANKLE BRACELETS, BROOCHES, EAR CLIPS, TIE CLIPS, COSTUME JEWELRY, RINGS BEING JEWELRY, PINS BEING JEWELRY, EARRINGS, BRACELETS, NECKLACES AND CHARMS, LOCKETS, WATCHES, JEWELRY MAKING BEAD KITS COMPRISED OF BEADS, NEEDLES, CLASPS AND CORDING, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

FOR: PHOTOGRAPH ALBUMS, CARDBOARD PHOTOGRAPH BOXES, PAPER BOXES, DRAWER LINER PAPER, NOTE CARDS, AGENDA BOOKS; DAILY, DESK TOP AND PERSONAL PLANNERS; PENCIL CASES, ARTS AND CRAFTS PAINT KITS, PAPER PARTY BAGS, BOOK COVERS, BOOK ENDS, BOOK MARKS, ADDRESS BOOKS, LOOSE LEAF BINDERS, STATIONERY BOXES, PAINT BRUSHES, CALENDARS, POST CARDS, TRADING CARDS, TRIVIA CARDS, CHALK, PAPER TABLE CLOTHS, COMPOSITION BOOKS, CONFETTI, CRAFT PAPER, CRAYONS, CREPE PAPER, DECALS, PAPER PARTY DECORATIONS, DESK SETS, ERASERS, SERIES OF FICTION BOOKS, GIFT CARDS, GIFT WRAPPING PAPER, MARKERS, PAPER NAPKINS, NOTE PADS, PAINTING SETS, PAPER PARTY HATS, PEN AND PENCIL HOLDERS, PENCIL SHARPENERS, DECORATIVE PENCIL TOP ORNAMENTS, PENCILS, PENS, PLAYING CARDS, POSTERS, BOOKS IN THE FIELD OF COLLECTIBLES, NAMELY, DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, DRAWING RULERS, RUBBER STAMPS, STAMP PADS, STATIONERY, STICKERS, STICKER BOOKS, FOLDERS, LUNCH BAGS, PAPER GIFT BAGS, PLASTIC PLACE MATS, PRINTED INVITATIONS, PERSONAL JOURNALS, TALKING CHILDREN'S BOOKS, TEMPORARY TATTOOS, TRADING CARD MILK BOTTLE CAPS, WRITING INSTRUMENTS, BOOKS OF GAMES, PAPER BANNERS, COASTERS MADE OF PAPER, MEMO PADS, GREETING CARDS, FACIAL TISSUES AND STICKERS FOR FINGERNAILS; AUTOGRAPH BOOKS, DIARIES, NOTEBOOKS, AND SCRAPBOOKS, COLORING BOOKS, ACTIVITY BOOKS, MAGAZINES FOR TEEN-AGERS AND CHILDREN, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-1993; IN COMMERCE 3-0-1993.

FOR: BACKPACKS, BEACH BAGS, GYM BAGS, OVERNIGHT BAGS, COIN PURSES, DUFFEL BAGS, HANDBAGS, KEY CASES, LUGGAGE, SUITCASES, UMBRELLAS, FANNY PACKS, WAIST PACKS, LIPSTICK HOLDERS; PURSES, COSMETIC CASES SOLD EMPTY, LUGGAGE TRUNKS, WALLETS, HAT BOXES, TRAIN CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

FOR: SLEEPING BAGS, PLASTIC CAKE DECORATIONS, TOY CHESTS, BED FRAMES, PICTURE FRAMES, DECORATIVE GLITTER, JEWELRY BOXES NOT OF METAL, DECORATIVE MOBILES, PILLOWS, DESKS, BEDROOM FURNITURE, SNOW GLOBES, NON-METAL KEY RINGS, HAND MIRRORS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-0-2000; IN COMMERCE 8-0-2000.

FOR: PLATES, CUPS AND BOWLS MADE OF MELAMINE, NON-METAL PIGGY BANKS, WASTEPAPER BASKETS, BOWLS, LUNCH BOXES, COSMETIC BRUSHES, SUN CATCHERS, COOKIE CUTTERS, PAPER CUPS, DECORATIVE PLATES, PORCELAIN FIGURINES, PAPER PLATES, PLASTIC CUPS, COMMEMORATIVE PLATES, VACUUM BOTTLES, VASES, WIND CHIMES, COOKIE JARS, THERMAL INSULATED TOTE BAGS AND CONTAINERS FOR FOOD OR BEVERAGES, TOOTHBRUSHES, CAKE MOLDS, TOOTHBRUSH HOLDERS, WATERING CANS, BASINS, PAILS, COASTERS NOT OF PAPER AND NOT BEING OF TABLE LINEN, SOAP DISHES, SOAP DISPENSERS, DRINKING GLASSES, MUGS, TEA SETS FEATURING PLATES, SAUCERS, CUPS, POTS AND PITCHERS; VANITY SETS AND DRESSES SETS, COMPRISING MIRRORS, BRUSHES, COMBS, EMPTY COMPACTS AND LIPSTICK CASES FOR USE BY CHILDREN, SOLD AS A UNIT; POWDER PUFFS; COSMETIC SPONGES FOR USE IN APPLYING OR REMOVING MAKEUP; HAIR BRUSHES, HAIR COMBS, NAIL BRUSHES, NON-METAL DECORATIVE BOXES, FITTED PICNIC BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-0-1995; IN COMMERCE 6-0-1995.

FOR: CLOTH BANNERS, FABRIC BATH MATS, BATH LINEN, BED LINEN, BED SHEETS, BED SPREADS, BED BLANKETS, BED CANOPIES, PILLOW CASES, CLOTH FLAGS, WASH CLOTHS, TABLE CLOTHS NOT OF PAPER, COMFORTERS, DUVET COVERS, CRIB BUMPERS, CRIB SHEETS, CURTAINS, DRAPERIES, DUST RUFFLES, PILLOW SHAMS, TEXTILE AND LINEN PLACE MATS, QUILTS, BATH TOWELS, BEACH TOWELS, KITCHEN TOWELS, TEXTILE WALL HANGINGS, SHOWER CURTAINS, SWAGS, FABRIC VALANCES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

FOR: BATHING SUITS, BATHROBES, BEACH COVER-UPS, BELTS, BERETS, BOOTS, CARDIGANS, COATS, RAIN COATS, GLOVES, NIGHT GOWNS, HATS, HEAD BANDS, HEADWEAR, HOSIERY, JUMPERS, KNEE HIGHS, LEOTARDS, MITTENS, NECKTIES, NIGHT SHIRTS, OVERALLS, PAJAMAS, PANTIES, PANTYHOSE, SANDALS, SCARVES, SHIRTS, SLIPPERS, SLIPS, SOCKS, STOCKINGS, SUSPENDERS, SWEATERS, TANK TOPS, THERMAL UNDERWEAR, TIGHTS, TURTLENECKS, UNDERWEAR, VESTS, CAPS, SKORTS, BLANKET SLEEPERS, MITTEN CLIPS, EARMUFFS, SWIMSUITS, SWIMSUIT COVERS, JACKETS, SWEATSHIRTS, T-SHIRTS, JEANS, SKIRTS; HALLOWEEN COSTUMES AND MASKS; DRESSES, SHORTS, T-SHIRTS, BLOUSES, SKIRTS, PANTS,

LEGGINGS WITH SKIRT ATTACHED; SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1988; IN COMMERCE 6-0-1988.

FOR: BARRETTES, HAIR BOWS, BOWS FOR GIFT WRAPPING, TEA COSIES, HOUSEHOLD APPLIANCE COVERS, ELASTIC RIBBONS, FABRIC APPLIQUES, PONYTAIL HOLDERS, SHOE LACES, ORNAMENTAL NOVELTY PINS AND BUTTONS, HAIR BANDS AND HAIR RIBBONS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

FOR: RUGS, DOOR MATS, FLOOR MATS FOR VEHICLES, PLASTIC WALL COVERINGS, VINYL WALL COVERINGS, BATH MATS AND WALL PAPER, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 6-0-1998; IN COMMERCE 6-0-1998.

FOR: ACTION FIGURES AND ACCESSORIES THEREFOR, STUFFED TOY ANIMALS, TOY AIRPLANES, BALLOONS, TOY BAKEWARE AND COOKWARE, SPORT BALLS, TOY BANKS, BATH TOYS, BEAN BAGS, TOY BUILDING BLOCKS, PLAY WANDS, MUSIC BOX TOYS, BUBBLE MAKING WAND AND SOLUTION SETS, CARD GAMES, CHRISTMAS TREE ORNAMENTS, CHRISTMAS TREE SKIRTS, CHILDREN'S PLAY COSMETICS, PARTY FAVORS IN THE NATURE OF CRACKERS OR NOISEMAKERS, TOY MOBILES, FLYING DISCS, PORCELAIN DOLLS, PAPER DOLLS, PARTY FAVORS IN THE NATURE OF SMALL TOYS, ICE SKATES, JIGSAW PUZZLES, JUMP ROPES, KITES, MUSICAL TOYS, PLAY SWIMMING POOLS, PLUSH TOYS, PUPPETS, RIDE-ON TOYS, MANIPULATIVE PUZZLES, ROLLER SKATES, WATER-SQUIRTING TOYS, YO-YOS, FOOTBAGS USED IN A KICKING GAME, ADULT AND CHILDREN PARTY GAMES, CHRISTMAS STOCKINGS, COLLECTIBLE TOY FIGURES, DOLL HOUSES, DRAWING TOYS, IN-LINE SKATES, PLAY TENTS, PLAY HOUSES, RADIO CONTROLLED TOY VEHICLES, SAND TOYS, SAND BOX TOYS, TALKING TOYS; SLIDE PUZZLES, PADDLE BALL GAMES; SWIM GOGGLES, SWIM VESTS FOR FLOATATION FOR RECREATIONAL USE, DOLLS; PLAYSETS, NAMELY, DOLL FURNITURE, DOLL FURNITURE ACCESSORIES, TOY FOOD MAKING ACCESSORIES, NAMELY, BOWLS, SPOONS, BLENDERS, OVENS, MIXERS AND THE LIKE; DOLL CLOTHES AND DOLL ACCESSORIES; BOARD GAMES; ACCESSORIES FOR DOLL CLOTHES, TOY FURNITURE, SPECIFICALLY BEDS, WARDROBES, CHIFFOROBES, VANITIES AND CHESTS; DOLL CASES; TOY VEHICLES; OUTDOOR PLAY EQUIPMENT, NAMELY, PLAY SLIDES AND SWINGS, SAND SANDBOXES; COIN-OPERATED ARCADE GAMES, ELECTRONIC HAND-HELD GAMES, PLASTIC TOY HOOPS, PINWHEELS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-0-1998; IN COMMERCE 12-0-1998.

FOR: EDIBLE CAKE DECORATIONS, CANDY, BREAKFAST CEREALS, CHEWING GUM, COOKIES, MACARONI AND CHEESE, BAKERY GOODS, CHOCOLATE CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

OWNER OF U.S. REG. NOS. 689,055, 741,208, AND OTHERS.

SN 75-370,436, FILED 10-8-1997.

MARY CRAWFORD, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,410,087

Registered Dec. 5, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: RETAIL STORE DEPARTMENTS FEA-
TURING CONSUMERS PRODUCTS, NAMELY,
CLOTHING, SPORTING GOODS, COMPUTER SOFT-
WARE, STATIONERY, KEY RINGS, LUNCH BOXES,
CHRISTMAS ORNAMENTS, COLLECTIBLES, JEW-
ELRY, LINENS, TOWELS, HOUSEWARES, GIFT

ITEMS AND A FULL LINE OF TOYS, IN CLASS
35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 0–0–1991; IN COMMERCE 0–0–1991.
OWNER OF U.S. REG. NOS. 689,055, 741,208 AND
OTHERS.

SER. NO. 75–696,390, FILED 5–3–1999.

MARY CRAWFORD, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,287,023**

Registered Aug. 28, 2007

### TRADEMARK
#### PRINCIPAL REGISTER

# BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: FULL LINE OF DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 689,055, 2,837,174, AND OTHERS.

SN 78-739,456, FILED 10-24-2005.

JIM RINGLE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BARBIE

**Reg. No. 6,267,201**

**Registered Feb. 09, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 9: DIGITAL MEDIA, namely, PRE-RECORDED DVDS AND DOWNLOADABLE AUDIO AND VIDEO RECORDINGS FEATURING CHILDREN'S ENTERTAINMENT

FIRST USE 12-4-2020; IN COMMERCE 12-4-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-210,995, FILED 11-29-2018







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BARBIE

**Reg. No. 6,267,202**

**Registered Feb. 09, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 41: ENTERTAINMENT SERVICES, namely, PROVIDING NON-DOWNLOADABLE ANIMATED MOVIES, ON-GOING TELEVISION PROGRAMS AND NON-DOWNLOADABLE WEBISODE SERIES, ALL FEATURING CHILDREN'S ENTERTAINMENT PROVIDED VIA A GLOBAL COMPUTER NETWORK AND VIA STREAMING SERVICES; PROVIDING ONLINE COMPUTER GAMES AND PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE PHOTOS AND NON-DOWNLOADABLE VIDEOS, AND INFORMATION IN THE FIELD OF TOYS, GAMES AND CHILDREN'S ENTERTAINMENT

FIRST USE 4-16-2020; IN COMMERCE 4-16-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-211,001, FILED 11-29-2018





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BARBIE

**Reg. No. 6,302,628**

**Registered Mar. 23, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: CONSTRUCTION TOYS

FIRST USE 1-4-2021; IN COMMERCE 1-4-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0741208, 0689055, 0768397

SER. NO. 88-829,816, FILED 03-11-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BARBIE

**Reg. No. 6,324,165**

**Registered Apr. 13, 2021**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 5: HAND-SANITIZING PREPARATIONS

FIRST USE 2-8-2021; IN COMMERCE 2-8-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2678386, 1795564, 0689055

SER. NO. 88-934,633, FILED 05-27-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BARBIE

**Reg. No. 6,325,496**

**Registered Apr. 20, 2021**

**Int. Cl.: 10**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 10: SANITARY MASKS MADE OF CLOTH FOR PROTECTION AGAINST VIRAL INFECTION

FIRST USE 12-4-2020; IN COMMERCE 12-4-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2678386, 1795564, 0689055

SER. NO. 88-934,636, FILED 05-27-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BARBIE

**Reg. No. 7,157,088**

**Registered Sep. 05, 2023**

**Int. Cl.: 29**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
TWR 15-1
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA 90245

CLASS 29: Fruit-based snack food

FIRST USE 2-13-2017; IN COMMERCE 2-13-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2678386, 0741208, 0689055

SER. NO. 97-530,796, FILED 08-02-2022

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# BARBIE AND THE NUTCRACKER

**Reg. No. 4,720,463**
**Registered Apr. 14, 2015**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 90245

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-1-2014; IN COMMERCE 10-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 689,055, 741,208, AND OTHERS.

SN 85-370,017, FILED 7-13-2011.

ZHALEH DELANEY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## BARBIE BIG CITY, BIG DREAMS

**Reg. No. 6,719,769**

**Registered May 03, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
TWR 15-1
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES; TOY FIGURES AND ACCESSORIES THEREFOR; PLUSH TOYS

FIRST USE 7-26-2021; IN COMMERCE 7-26-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0741208, 0689055, 0768397

SER. NO. 90-178,758, FILED 09-14-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 28 and 41**

**Prior U.S. Cls.: 22, 23, 38, 50, 100, 101, and 107**

**United States Patent and Trademark Office**

**Reg. No. 3,083,593**

Registered Apr. 18, 2006

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# BARBIE COLLECTOR

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-SORIES, MOLDED PLASTIC TOY FIGURINES, WATER GLOBES, ARTIFICIAL CHRISTMAS TREES, CHRISTAMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-0-2004; IN COMMERCE 7-0-2004.

FOR: PROVIDING EDUCATIONAL AND ENTER-TAINMENT SERVICES VIA A GLOBAL COMPUTER NETWORK WEB SITE FEATURING GAMES, PRO-DUCT TRIVIA, ACTIVITIES AND PRODUCT IN-FORMATION INTENDED FOR CONSUMERS OF ALL AGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-17-2004; IN COMMERCE 5-17-2004.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLECTOR", APART FROM THE MARK AS SHOWN.

SN 78-383,441, FILED 3-12-2004.

JOHN DALIER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BARBIE DREAMHOUSE ADVENTURES

**Reg. No. 5,602,185**

**Registered Nov. 06, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
333 Continental Boulevard
Twr 15-1
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 8-3-2018; IN COMMERCE 8-3-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0768397, 0689055, 0741208

SER. NO. 87-379,261, FILED 03-21-2017

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## BARBIE DREAMHOUSE ADVENTURES

**Reg. No. 5,602,186**

**Registered Nov. 06, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
333 Continental Boulevard
Twr 15-1
El Segundo, CALIFORNIA 90245

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE VIDEOS FEATURING CHILDREN'S ENTERTAINMENT; PROVIDING AN ONLINE COMPUTER GAME

FIRST USE 6-11-2018; IN COMMERCE 6-11-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0768397, 0689055, 0741208

SER. NO. 87-379,265, FILED 03-21-2017



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BARBIE DREAMTOPIA

**Reg. No. 5,233,292**

**Registered Jun. 27, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 90245

CLASS 28: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, DOLL PLAYSETS

FIRST USE 2-7-2017; IN COMMERCE 2-7-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-789,611, FILED 10-15-2015
PARKER WALDRIP HOWARD, EXAMINING ATTORNEY

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BARBIE LIVE! IN THE DREAMHOUSE

**Reg. No. 5,441,651**

**Registered Apr. 10, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
El Segundo, CALIFORNIA 90245

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE WEBISODES AND NON-DOWNLOADABLE VIDEOS FEATURING CHILDREN'S ENTERTAINMENT

FIRST USE 9-20-2017; IN COMMERCE 9-20-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0768397, 0689055, 0741208

SER. NO. 87-379,269, FILED 03-21-2017

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BARBIE SIGNATURE

**Reg. No. 5,371,526**

**Registered Jan. 02, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
333 Continental Boulevard
Twr 15-1
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 11-1-2017; IN COMMERCE 11-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0768397, 0689055, 0741208

SER. NO. 87-307,001, FILED 01-19-2017



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States Patent Office

**726,935**
Registered Jan. 30, 1962

## PRINCIPAL REGISTER
### Trademark

Ser. No. 106,617, filed Oct. 17, 1960

## KEN

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: BOY DOLL, in CLASS 22.
First use Sept. 2, 1960; in commerce Sept. 2, 1960.

# United States Patent Office

**780,598**
Registered Nov. 24, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 183,081, filed Dec. 16, 1963

# KEN

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: DOLL CLOTHES AND DOLL ACCESSORIES, in CLASS 22.
First use Sept. 2, 1960; in commerce Sept. 2, 1960.
Owner of Reg. No. 726,935.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,317,103**

Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



MATTEL, INC. (DELAWARE CORPORATION)
LAW DEPARTMENT, M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: CLOTHING RELATING TO TOYS AND DOLLS, NAMELY, SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-13-2005; IN COMMERCE 6-13-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 726,935 AND 780,598.

SER. NO. 78-484,346, FILED 9-15-2004.

KRISTINA MORRIS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# KEN

**Reg. No. 6,595,905**

**Registered Dec. 21, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
TWR 15-1
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA 90245

CLASS 28: Dolls; Doll accessories; Doll clothing

FIRST USE 9-2-1960; IN COMMERCE 9-2-1960

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0726935, 0780598, 3317103

SER. NO. 90-511,478, FILED 02-04-2021







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,210,590**

Registered Feb. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# BABY DOCTOR

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-SORIES, TOY FIGURES AND ACCESSORIES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-10-2006; IN COMMERCE 1-10-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-725,001, FILED 10-3-2005.

GIANCARLO CASTRO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BABYSITTERS INC.

**Reg. No. 5,449,612**

**Registered Apr. 17, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 1-24-2018; IN COMMERCE 1-24-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "INC."

SER. NO. 87-328,537, FILED 02-08-2017



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# BALLET WISHES

**Reg. No. 4,412,006**

**Registered Oct. 1, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 90278

FOR: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-18-2013; IN COMMERCE 6-18-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-666,600, FILED 7-2-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
accepted, the registration will continue in force for the remainder of the ten-year period, calculated
from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# BEACH CRUISER

**Reg. No. 4,227,182**

**Registered Oct. 16, 2012**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 90245

FOR: TOY VEHICLES AND ACCESSORIES THEREFOR; DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-18-2012; IN COMMERCE 7-18-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-388,309, FILED 8-3-2011.

PATRICIA EVANKO, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,319,393**

Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## BFMC

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

    FOR: TOYS, GAMES AND PLAYTHINGS, NAME-
LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-
SORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-23-2005; IN COMMERCE 1-23-2005.

SN 78-292,597, FILED 8-26-2003.

ARETHA SOMERVILLE, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,494,631**

Registered Sep. 2, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# BLACK LABEL

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245

 FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-SORIES, TOY FIGURES AND ACCESSORIES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-25-2007; IN COMMERCE 5-25-2007.

 THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

 SER. NO. 77-124,763, FILED 3-7-2007.

MARK RADEMACHER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BMR1959

**Reg. No. 6,038,017**

**Registered Apr. 21, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 11-14-2019; IN COMMERCE 11-14-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-163,911, FILED 10-22-2018



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# CAREER OF THE YEAR

**Reg. No. 4,071,738**
**Registered Dec. 13, 2011**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 90245

FOR: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-13-2011; IN COMMERCE 10-13-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,246,764.

SN 85-161,801, FILED 10-26-2010.

FONG HSU, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,931,614**

Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## CHELSEA

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

    FOR: TOYS, GAMES AND PLAYTHINGS, NAME-
LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-
SORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

SN 78-164,941, FILED 9-17-2002.

ANDREW BENZMILLER, EXAMINING ATTOR-
   NEY

# United States of America

## United States Patent and Trademark Office

# CHELSEA CAN BE...

**Reg. No. 6,686,535**

**Registered Mar. 29, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
TWR 15-1
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA 90245

CLASS 28: DOLLS AND DOLL ACCESSORIES; TOY FIGURES AND ACCESSORIES THEREFOR; DOLL PLAYSETS AND ACCESSORIES THEREFOR; TOY FIGURE PLAYSETS AND ACCESSORIES THEREFOR

FIRST USE 5-4-2021; IN COMMERCE 5-4-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2931614

SER. NO. 90-696,940, FILED 05-07-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# CHRISTIE

**Reg. No. 6,629,906**

**Registered Jan. 25, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
TWR 15-1
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 11-2-2021; IN COMMERCE 11-2-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-946,324, FILED 06-03-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# CLUB CHELSEA

**Reg. No. 5,370,938**

**Registered Jan. 02, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES; DOLL PLAYSETS AND ACCESSORIES THEREFOR

FIRST USE 7-31-2017; IN COMMERCE 7-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2931614

SER. NO. 87-070,968, FILED 06-14-2016



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# COLOR REVEAL

**Reg. No. 6,097,805**

**Registered Jul. 07, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
333 Continental Boulevard
Twr 15-1
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 1-15-2020; IN COMMERCE 1-15-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-558,714, FILED 08-01-2019



Director of the United States
Patent and Trademark Office



<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,461,136

## United States Patent and Trademark Office

Registered Oct. 13, 1987

### TRADEMARK
### PRINCIPAL REGISTER

## COURTNEY

MATTEL, INC. (DELAWARE CORPORATION)
5150 ROSECRANS AVENUE
HAWTHORNE, CA 90250

FOR: DOLLS, DOLL CLOTHING, AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 3–17–1987; IN COMMERCE 3–17–1987.

SER. NO. 654,151, FILED 4–9–1987.

JOHN P. RYNKIEWICZ, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DOGGY DAYCARE

**Reg. No. 5,782,681**

**Registered Jun. 18, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES; TOY FIGURES AND ACCESSORIES THEREFOR

FIRST USE 1-18-2019; IN COMMERCE 1-18-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "DOGGY"

SER. NO. 87-765,054, FILED 01-22-2018

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# DREAM CLOSET

**Reg. No. 6,267,675**

**Registered Feb. 09, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, DOLL PLAYSETS AND ACCESSORIES THEREFOR

FIRST USE 9-24-2020; IN COMMERCE 9-24-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CLOSET"

SER. NO. 88-612,787, FILED 09-11-2019







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,671,877

## United States Patent and Trademark Office

Registered Jan. 14, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## DREAM HOUSE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: DOLL HOUSE, DOLL FURNITURE, AND DOLL FURNITURE ACCESSORIES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 12-8-1979; IN COMMERCE 12-8-1979.

SER. NO. 74-139,451, FILED 2-15-1991.

EDWARD NELSON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DREAMCAMPER

**Reg. No. 5,546,538**

**Registered Aug. 21, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: TOY VEHICLES AND ACCESSORIES THEREFOR

FIRST USE 6-12-2017; IN COMMERCE 6-12-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CAMPER"

SER. NO. 87-192,367, FILED 10-04-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## FASHION FUN FOR EVERYONE

**Reg. No. 6,382,383**

**Registered Jun. 08, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 2-25-2021; IN COMMERCE 2-25-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-178,743, FILED 09-14-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# FASHIONISTAS

**Reg. No. 3,702,525**
Registered Oct. 27, 2009

**Int. Cl.: 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-8-2009; IN COMMERCE 5-8-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-422,788, FILED 3-14-2008.

JOHN KELLY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FAST CAST CLINIC

**Reg. No. 6,647,901**

**Registered Feb. 15, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
TWR 15-1
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES; DOLL PLAYSETS AND ACCESSORIES THEREFOR

FIRST USE 6-23-2021; IN COMMERCE 6-23-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-256,956, FILED 10-15-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FLIGHT OF FASHION

**Reg. No. 6,267,600**

**Registered Feb. 09, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 12-7-2020; IN COMMERCE 12-7-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-558,697, FILED 08-01-2019







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FRESH 'N' FUN

**Reg. No. 6,207,164**

**Registered Nov. 24, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: TOY VEHICLES AND ACCESSORIES THEREFOR

FIRST USE 8-25-2020; IN COMMERCE 8-25-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-666,764, FILED 10-24-2019





Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# GLAM GETAWAY

**Reg. No. 4,891,547**

**Registered Jan. 26, 2016**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
M1-1518
EL SEGUNDO, CA 90245

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, DOLL PLAYSETS AND ACCESSORIES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-3-2015; IN COMMERCE 8-3-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-476,264, FILED 12-10-2014.

SOPHIA S. KIM, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,024,502

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# GOLD LABEL

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-SORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-21-2004; IN COMMERCE 9-21-2004.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-329,883, FILED 11-19-2003.

DARRYL SPRUILL, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,046,919

Registered Aug. 24, 1976

## TRADEMARK
### Principal Register

# HAPPY BIRTHDAY

Mattel, Inc. (Delaware corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: DOLLS, DOLL CLOTHING, AND DOLL AC-
CESSORIES, in CLASS 28 (U.S. CL. 22).
First use Nov. 18, 1975; in commerce Nov. 18, 1975.
Owner of Reg. Nos. 891,968, 944,564, and others.

Ser. No. 72,362, filed Dec. 19, 1975.

V. T. HARFORD, Jr., Examiner

# United States of America
## United States Patent and Trademark Office

# HOLIDAY BARBIE

**Reg. No. 6,085,856**

**Registered Jun. 23, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 12-31-2004; IN COMMERCE 12-31-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 0772298, 0741208, 0689055

SER. NO. 88-764,362, FILED 01-17-2020



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# INSPIRING WOMEN

**Reg. No. 5,613,219**

**Registered Nov. 20, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
333 Continental Boulevard
Twr 15-1
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 5-15-2018; IN COMMERCE 5-15-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-615,968, FILED 09-20-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MYTHICAL MUSE

**Reg. No. 5,618,951**

**Registered Nov. 27, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 5-15-2018; IN COMMERCE 5-15-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-699,763, FILED 11-28-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,261,294

## United States Patent and Trademark Office

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## NIKKI

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: DOLL, DOLL CLOTHING, AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-9-1997; IN COMMERCE 5-9-1997.

THE NAME "NIKKI" DOES NOT IDENTIFY ANY PARTICULAR LIVING INDIVIDUAL.

SN 75-042,882, FILED 1-16-1996.

DAVID C. REIHNER, EXAMINING ATTOR-NEY

# United States of America
## United States Patent and Trademark Office

# PINK COLLECTION

**Reg. No. 6,383,700**

**Registered Jun. 15, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 1-25-2021; IN COMMERCE 1-25-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "COLLECTION"

SER. NO. 88-878,905, FILED 04-20-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,189,837**

Registered Dec. 26, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# PINK LABEL

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-SORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-17-2004; IN COMMERCE 11-17-2004.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,024,502 AND 3,093,909.

SN 78-329,921, FILED 11-19-2003.

BERYL GARDNER, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,093,909**

Registered May 16, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# PLATINUM LABEL

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-SORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-9-2005; IN COMMERCE 9-9-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LABEL", APART FROM THE MARK AS SHOWN.

SN 78-344,786, FILED 12-23-2003.

KIMBERLY PERRY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# PRANCE & SHIMMER

**Reg. No. 6,284,544**

**Registered Mar. 02, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES; TOY FIGURES AND ACCESSORIES THEREFOR

FIRST USE 9-24-2020; IN COMMERCE 9-24-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-776,235, FILED 01-28-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PRINCESS ADVENTURE

**Reg. No. 6,207,163**
**Registered Nov. 24, 2020**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 8-25-2020; IN COMMERCE 8-25-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-666,762, FILED 10-24-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# RAINBOW MAGIC

**Reg. No. 6,442,742**

**Registered Aug. 03, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS AND DOLL ACCESSORIES

FIRST USE 4-16-2021; IN COMMERCE 4-16-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-025,484, FILED 06-29-2020






Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,968,401

Registered July 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## RAQUELLE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING, DOLL ACCESSOR-IES, DOLL PLAYSETS AND ACCESSORIES THEREFORE; TOY ANIMALS, TOY FIGURES AND ACCESSORIES AND PLAYSETS FOR THE FOREGOING, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-8-2003; IN COMMERCE 10-8-2003.

SN 78-250,965, FILED 5-16-2003.

TONJA GASKINS, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,060,989

Registered Feb. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SILKSTONE

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 90245

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS AND FIGURINES MADE FROM PLAS-TIC RESIN AND PORCELAIN, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-4-2004; IN COMMERCE 6-4-2004.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-330,476, FILED 11-19-2003.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

# United States Patent Office

**774,892**
Registered Aug. 11, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 165,237, filed Mar. 22, 1963

## SKIPPER

Mattel, Inc. (California corporation)
5150 Rosecrans Ave.
Hawthorne, Calif.

For: DOLLS, in CLASS 22.
First use 1955; in commerce 1955.

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Renewal

Reg. No. 877,712
Registered Sep. 30, 1969
OG Date July 11, 1989

## TRADEMARK
## PRINCIPAL REGISTER

### STACEY

MATTEL, INC. (DELAWARE CORPO-
RATION)
5150 ROSECRANS AVE.
HAWTHORNE, CA 90250

OWNER OF U.S. REG. NO. 843,157.

FOR: DOLLS, DOLL CLOTHING,
AND DOLL ACCESSORIES, IN CLASS
22 (INT. CL. 28).
  FIRST USE 8–15–1967; IN COMMERCE
8–15–1967.

SER. NO. 305,893, FILED 8–26–1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on July 11, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

877,712

Registered Sept. 30, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 305,893, filed Aug. 26, 1968

## STACEY

Mattel, Inc. (Delaware corporation)
5150 Rosecrans Ave.
Hawthorne, Calif. 90250

For: DOLLS, DOLL CLOTHING, AND DOLL AC-CESSORIES, in CLASS 22 (INT. CL. 28).
First use Aug. 15, 1967; in commerce Aug. 15, 1967.
Owner of Reg. No. 843,157.

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,567,336
Registered Nov. 21, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## STACIE

MATTEL, INC. (DELAWARE CORPORATION)
5150 ROSECRANS AVENUE
HAWTHORNE, CA 90250

FOR: DOLLS, DOLL CLOTHING, AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1–18–1989; IN COMMERCE 1–18–1989.
OWNER OF U.S. REG. NO. 877,712.

SER. NO. 786,012, FILED 3–13–1989.

AMY C. BIXLER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**Reg. No. 1,476,090**

## United States Patent and Trademark Office

Registered Feb. 9, 1988

### TRADEMARK
#### PRINCIPAL REGISTER

## STEVEN

MATTEL, INC. (DELAWARE CORPORATION)
5150 ROSECRANS AVENUE
HAWTHORNE, CA 90250

FOR: DOLLS, DOLL CLOTHING, AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 6–19–1987; IN COMMERCE 6–19–1987.

SER. NO. 669,096, FILED 6–29–1987.

MARY C. MACK, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,084,790

Registered Apr. 25, 2006

## TRADEMARK
## PRINCIPAL REGISTER

# TAFFY

MATTEL, INC. (DELAWARE CORPORATION)
LAW DEPARTMENT, M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-
LY, PLUSH TOYS AND ACCESSORIES THEREFOR,
DOLLS, DOLL CLOTHING AND DOLL ACCESSOR-
IES, DOLL PLAYSETS AND ACCESSORIES THERE-
FOR, TOY FIGURES AND ACCESSORIES
THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 11-28-2005; IN COMMERCE 11-28-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-528,433, FILED 12-7-2004.

NANCY CLARKE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,477,905
Registered Feb. 23, 1988

## TRADEMARK
### PRINCIPAL REGISTER

### TERESA

MATTEL, INC. (DELAWARE CORPORATION)
5150 ROSECRANS AVENUE
HAWTHORNE, CA 90250

FOR: DOLLS, DOLL CLOTHING, AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 7–6–1987; IN COMMERCE 7–6–1987.

SER. NO. 674,257, FILED 7–24–1987.

TERESA M. RUPP, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# TINY WISHES

**Reg. No. 6,229,735**

**Registered Dec. 22, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 8-25-2020; IN COMMERCE 8-25-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-730,652, FILED 12-17-2019





Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TOTALLY HAIR

**Reg. No. 5,689,325**

**Registered Mar. 05, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 12-31-2017; IN COMMERCE 12-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "HAIR"

SER. NO. 87-948,866, FILED 06-05-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TRIBUTE COLLECTION

**Reg. No. 6,755,261**

**Registered Jun. 07, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
TWR 15-1
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 1-10-2022; IN COMMERCE 1-10-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "COLLECTION"

SER. NO. 90-256,964, FILED 10-15-2020





*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# ULTIMATE CLOSET

**Reg. No. 4,281,537**
**Registered Jan. 29, 2013**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
M1-1518
EL SEGUNDO, CA 90245

FOR: DOLL PLAYSETS AND ACCESSORIES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-22-2012; IN COMMERCE 8-22-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,103,392.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLOSET", APART FROM THE
MARK AS SHOWN.

SER. NO. 85-475,774, FILED 11-17-2011.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ULTIMATE CURLS

**Reg. No. 5,836,167**

**Registered Aug. 13, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 5-29-2019; IN COMMERCE 5-29-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-079,041, FILED 08-15-2018



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## YOU CAN BE ANYTHING

**Reg. No. 5,214,711**

**Registered May 30, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 90245

CLASS 28: TOYS, GAMES AND PLAYTHINGS, NAMELY, DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 2-7-2017; IN COMMERCE 2-7-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-789,608, FILED 10-15-2015
PARKER WALDRIP HOWARD, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,236,501

Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ZOO DOCTOR

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: TOYS, GAMES AND PLAYTHINGS, NAME-LY, DOLLS, DOLL CLOTHING AND DOLL ACCES-SORIES, DOLL PLAYSETS, TOY FIGURES, AND ACCESSORIES FOR ALL OF THE FOREGOING, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-4-2006; IN COMMERCE 12-4-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-802,062, FILED 1-30-2006.

BERYL GARDNER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,087,842

Registered Aug. 12, 1997

## TRADEMARK
### PRINCIPAL REGISTER



MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: DOLL, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4–20–1995; IN COMMERCE 4–20–1995.
OWNER OF U.S. REG. NOS. 689,055 AND 741,208.

SER. NO. 75–179,870, FILED 10–9–1996.

0IMBERLY PERRY, EXAMINING ATTORNEY

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,150,392

Registered Apr. 14, 1998

## SERVICE MARK
### PRINCIPAL REGISTER



MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: ONLINE RETAIL STORE SERVICES FEATURING TOYS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10–21–1996; IN COMMERCE 10–21–1996.

FOR: PROVIDING INFORMATION ABOUT DOLLS AND COLLECTIBLES VIA COMPUTER, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10–21–1996; IN COMMERCE 10–21–1996.

OWNER OF U.S. REG. NOS. 689,055, 741,208 AND OTHERS.

SER. NO. 75–196,987, FILED 11–12–1996.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 25 and 28

Prior U.S. Cls.: 22, 23, 38, 39, and 50

## United States Patent and Trademark Office

Reg. No. 2,639,971
Registered Oct. 22, 2002

## TRADEMARK
### PRINCIPAL REGISTER



MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

FOR: AFTER SKI BOOTS, ANORAKS, ATHLETIC UNIFORMS, BANDANNAS, JACKETS, SWEAT-SHIRTS, SWEAT PANTS, T-SHIRTS, JEANS, SKIRTS, HALLOWEEN COSTUMES AND MASKS; DRESSES, SHORTS, BLOUSES, PANTS, LEGGINGS WITH SKIRT ATTACHED; SHOES, BATHING SUITS, BATHROBES, BEACH COVER-UPS, BELTS, BE-RETS, BOOTS, CARDIGANS, COATS, RAIN COATS, GLOVES, NIGHT GOWNS, HATS, HEAD BANDS, HEADWEAR, HOSIERY, JUMPERS, KNEE HIGHS, LEOTARDS, MITTENS, NECKTIES, NIGHT SHIRTS, OVERALLS, PAJAMAS, PANTIES, PANTYHOSE, SANDALS, SCARVES, SHIRTS, SLIPPERS, SLIPS, SOCKS, STOCKINGS, SUSPENDERS, SWEATERS, TANK TOPS, THERMAL UNDERWEAR, TIGHTS, TURTLENECKS, UNDERWEAR, VESTS, CAPS, SKORTS, BLANKET SLEEPERS, EARMUFFS, SWIMSUITS, SWIMSUIT COVER UPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-12-2002; IN COMMERCE 5-12-2002.

FOR: DOLLS, DOLL CLOTHING, DOLL ACCES-SORIES, DOLL HOUSES AND DOLL FURNITURE, BOARD GAMES, CARD GAMES, ROLE PLAYING GAMES, CHILDREN'S PLAY COSMETICS, SWIM MASKS, ELBOW, WRIST AND KNEE PADS FOR ATHLETIC USE, SWIM FINS, HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES, SWIM GOG-GLES, JUMP ROPES, INFLATABLE SWIMMING POOLS, RIDE-ON TOYS, ICE SKATES, ROLLER SKATES, INLINE SKATES, YO-YOS, FLYING DISCS, BALLOONS, PLASTIC BALLS, BEACH BALLS, TOYS CANDY DISPENSERS, CARD GAMES, CASES FOR PLAY ACCESSORIES, TOY VEHICLES, HIGH BOUNCE BALLS, KITES, COS-TUME MASKS, JIGSAW PUZZLES, REMOTE CON-TROLLED VEHICLES, THREE-DIMENSIONAL PUZZLES, TOY BANKS, PLUSH TOYS, CHRISTMAS TREE ORNAMENTS, WATER SQUIRTING TOYS, CRAFT KITS COMPRISED OF BEADS, TOY JEW-ELRY MAKING KITS, SWIMMING AIDS, NAMELY, POOL RINGS AND ARM FLOATS FOR RECREA-TIONAL USE, TOY SNOW GLOBES, AND TOY TOILETRY SETS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-13-2000; IN COMMERCE 7-13-2000.

OWNER OF U.S. REG. NOS. 689,055, 741,208, AND OTHERS.

THE DRAWING OF THE MARK IS LINED FOR THE COLOR PINK.

SN 75-516,465, FILED 7-9-1998.

MARY CRAWFORD, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,290,394**

**Registered Mar. 09, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

MATTEL, INC.  (DELAWARE CORPORATION)
Twr 15-1
333 Continental Boulevard
El Segundo, CALIFORNIA 90245

CLASS 28: DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES

FIRST USE 8-15-2020; IN COMMERCE 9-15-2020

The mark consists of the stylized stacked wording "BARBIE PRINCESS ADVENTURE" with two stacked irregular quadrilaterals appearing under "PRINCESS" and "ADVENTURE", three stars of various sizes appearing to the top left of the quadrilaterals, and three stars of various sizes appearing to the right of the quadrilaterals, and a crown with a star in its center to the top right of the quadrilaterals. A musical note appears in the center of the "D" of "ADVENTURE".

OWNER OF U.S. REG. NO. 0741208, 0689055, 0768397

SER. NO. 88-666,763, FILED 10-24-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,493,061

Registered Aug. 26, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**



MATTEL, INC. (DELAWARE CORPORATION)
333 CONTINENTAL BOULEVARD
EL SEGUNDO, CA 902455012

   FOR: CLOTHING, HEADWEAR AND FOOT-WEAR, NAMELY, SHIRTS, PANTS, SKIRTS, SHORTS, HATS, SHOES, SOCKS, BELTS, UNDER-

GARMENTS, PAJAMAS, SCARVES, GLOVES AND MITTENS, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 5-1-2008; IN COMMERCE 5-1-2008.

   SN 76-597,531, FILED 6-14-2004.

DAWN FELDMAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,684,469**
Registered Sep. 15, 2009

**Int. Cl.: 16**

**TRADEMARK**
**PRINCIPAL REGISTER**

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: PAPER PARTY BAGS; PAPER PARTY HATS; STICKERS; PAPER BANNERS; MAGAZINES OF GENERAL INTEREST FOR TEEN-AGERS AND CHILDREN, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-2009; IN COMMERCE 6-30-2009.

SN 78-582,010, FILED 3-7-2005.

LINDA M. KING, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*