Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-884-053

**Effective date of registration:**

December 12, 2013

## Title

**Title of Work:** Barbie Silhouette Head

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** February 10, 2002   **Nation of 1st Publication:** United States

## Author

**Author:** Mattel, Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mattel, Inc.

333 Continental Blvd., El Segundo, CA, 90245, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork, Prior versions of this drawing

**Previous registration and year:** VAu 491-423   2000

**New material included in claim:** 2-D artwork, New artwork

## Rights and Permissions

**Organization Name:** Mattel, Inc.

**Name:** Michael Moore

**Email:** michael.moore@mattel.com   **Telephone:** 310-252-6733

**Address:** 333 Continental Blvd.

Law Dept. -MI- 1518

El Segundo, CA 90245 United States

## Certification

Page 1 of 2

**Registration #:** VA0001884053

**Service Request #:** 1-1069691932



Mattel, Inc.
Michael Moore
333 Continental Blvd.
Law Dept. -MI- 1518
El Sugundo, CA 90245  United States

