# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Mattel, Inc.

          Plaintiff,

v.

Case No.: 1:24−cv−12450

Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 1/21/2025. Counsel for defendant Wernnsai Direct failed to appear for the hearing. Plaintiff's motions to compel as to defendants Temitoys [41] and Wernnsai Direct [45] is set for an in−person hearing on 1/24/2025 at 9:30 a.m. The hearing will be held in Courtroom 2103. Temitoys motion to file surreply [56] is granted. Plaintiff's motion to strike the response [55] is terminated as moot. The temporary restraining order is extended through 1/24/2025. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.